IN THE CIRCUIT COURT OF NORFOLK, VIRGINIA

PLAINTIFF: CALVIN HOLLOWELL

V.

Amazon.com, INC.,

SERVE:  COPORATE SERVICE COMPANY

100 SHOCKOE SLIP, FLOOR 2, RICHMOND, VA 23219-4100

DEFENDANT



FILED

APR 0 1 2026

NORFOLK CIRCUIT COURT CLERK
BY_____D.C.

CASE No: CLZ 6-33O4

## Complaint

COMES NOW as the Plaintiff, CALVIN HOLLOWELL appearing for my Motion for Judgement against Defendant Amazon.com, Inc., states as follows:

I, the Plaintiff: CALVIN HOLLOWELL am a resident of Norfolk, Virginia

Defendant: Amazon.com, Inc., is a foreign corporation registered to do business in Virginia, with its registered agent located at 100 shockoe slip, Floor 2 Richmond, Virginia 23219-4100, which is within the jurisdiction of this court.

Venue is proper in this court because the cause of action arose in the city of Norfolk, Virginia and/or the contract was entered into/breached in this jurisdiction

### STATEMENT OF FACTS

1. On February 13th, 2026 I ordered an RD2 electric scooter from amazon app and payment was processed from my account through Amazon as the transaction authorizer validating liability of distribution

Order No. 113-3542141-9366654

2. Upon assemble and first attempt to ride, there was multiple faulty codes showing while riding around the block so I proceeded back to my house to contact seller about what the codes could have meant. As seller responded they asked what specific codes were showing and once noted they informed me that the coding issues would be an "Easy Fix" and wanted to know if any fluid was leaking from the scooter and I informed them that I did not notice any fluids just the faultiness of brakes and battery power during the ride but upon their verification of simple fixes and a second safe ride with no leakage or any reasons of suspicion that the item was unsafe

CONTINUED FROM PAGE 1

3. Upon further use I noticed that the product was highly false advertised with reviews showing before my purchase that verified my noticing as I wasn't the only customer experiencing the false speeds and distances proclaimed in the item description, that's where I was led to believe the scooter went 50 mph with a 55-mile distance which persuaded my option to purchase

4. As the result of false advertisement and awareness of earlier reviews left about product by past verified purchasers they breached contract by allowing further sales of false advertised products and failing to address and correct the findings to verify if the allegations against the product were true and not address the defectiveness stated in the previous purchaser's complaints deemed Amazon negligent in the case of continuing to promote a defective product to consumers

5. Item was priced at $799 with false listed speeds and distances making me fall under the believe that my money would be well spent and that Amazon had well enough time to address the concerns of previous buyers

6. While constantly contacting the seller for a refund of the product they chose to stop replying so I filed multiple A-Z claims with Amazon that were all denied regardless of their viewing of me and the sellers communications showing they were lacking communication and dragging resolutions but never resolved

7. On March 9th 2026 as I was traveling down a bike lane going approximately 18 mph a Dodge Ram pickup truck failed to yield to my travels shooting out pass a stop sign but as I attempted to brake to avoid being struck by the vehicle the brakes did not provide any relief to the prevention of being hit by the vehicle deeming the scooter highly defective in emergency situations and as driver drove off I felt completely paralyzed could not talk, move or call for help but multiple witnesses were on the scene and called police and emergencies services while checking my pulse and attempting to get the driver's license plate information all listed in a Norfolk Police Report #260309000561 filed by police after multiple witnesses gave statements of me trying to engage defective braking system before being stuck but saw it was defective at helping me prevent from being injured severely. I've suffered fractured sternum, 8 fractured ribs, separation of left AC joint, fractured right foot and serious physical emotional, mental damages as well as being hospitalized and forced into surgical procedures including chest tubing for collapsed lung and bleeding in my chest cavity

CONTINUED FROM PAGE 2

CAUSE OF ACTIONS

COUNT I: BREACH OF CONTRACT

1.  As Amazon has failed to correct false advertisement of product and the defective natures of previous consumer reviews leading to me engaging in a contract of purchase with the seller has cost me significant injuries and damages along with permanent bodily injuries restricting lung inflation and fluid absorption

COUNT II: NEGLIGENT UNDERTAKING

2.  Amazon had well enough opportune time to address defect concerns but failed to do so and vouched of speeds of 50 mph but the scooter on full power dual motor only gets to 37-39 mph and the distance is significantly falsely advertised as 55-mile distance but is not even reaching 30 mile distances even in eco-mode breaching high levels of duty of care subjecting consumers to dangerous products and incorrect listings to continue sales but not protecting the customers.

PRAYER FOR RELIEF

WHEREFORE I, The Plaintiff CALVIN HOLLOWELL request judgement against the Defendant Amazon.com, Inc. in the amount of $999,999 in damages involved and cost of action

Respectfully submitted,

Plaintiff Signature: *Culuc H.*

CALVIN HOLLOWELL

3124 LENS AVE NORFOLK, VIRGINIA 23509

PHONE NUMBER: 757-861-5325

EMAIL ADDRESS: Cjhollowell94@outlook.com

# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Norfolk

Case No. CL26-3304
(CLERK'S OFFICE USE ONLY)

.......................................... Circuit Court

Calvin Hallowell _____ v./In re: _____ Amazon.Com, Inc.
PLAINTIFF(S)                                   DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [ ] attorney for [ ] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL
**Subsequent Actions**
[✓] Claim Impleading Third Party Defendant
  [✓] Monetary Damages
  [ ] No Monetary Damages
[ ] Counterclaim
  [ ] Monetary Damages
  [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
  [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

## ADMINISTRATIVE LAW
[ ] Appeal/Judicial Review of Decision of (select one)
  [ ] ABC Board
  [ ] Board of Zoning
  [ ] Compensation Board
  [ ] DMV License Suspension
  [ ] Employee Grievance Decision
  [ ] Employment Commission
  [ ] Local Government
  [ ] Marine Resources Commission
  [ ] School Board
  [ ] Voter Registration
  [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
[ ] Adoption
  [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
  [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
  [ ] Complaint – Contested*
  [ ] Complaint – Uncontested*
  [ ] Counterclaim/Responsive Pleading
  [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
  [ ] Separate Maintenance Counterclaim

## WRITS
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
  [ ] Guardian/Conservator
  [ ] Standby Guardian/Conservator
  [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
  [ ] Impress/Declare/Create
  [ ] Reformation
[ ] Will (select one)
  [ ] Construe
  [ ] Contested

## MISCELLANEOUS
[ ] Amend Birth/Death Certificate
[ ] Appointment (select one)
  [ ] Church Trustee
  [ ] Conservator of Peace
  [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
  [ ] Reinstatement pursuant to § 46.2-427
  [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
  [ ] Correct Erroneous State/Local
  [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify)

FILED APR 01 2026 NORFOLK CIRCUIT COURT CLERK D.C. BY

[ ] Damages in the amount of $ .................................... are claimed.

4/1/2026
DATE

Calvin Hallowell
PRINT NAME

3124 Lens Ave Norfolk VA 23509
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

757-861-5325

Cjhollowell@Outlook.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

[✓] PLAINTIFF    [ ] DEFENDANT    [ ] ATTORNEY FOR    [ ] PLAINTIFF
                                                     [ ] DEFENDANT

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 02/23

**VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF NORFOLK**

Calvin Hollowell                ,
                        **Plaintiff(s)**

**v.**                                                    **CASE NO.:** CL26-3304

Amazon, com, Inc.           ,
                        **Defendant(s)**

FILED
APR 0 1 2026
NORFOLK CIRCUIT COURT CLERK
BY_____ D.C.

**Serve:**

Corporate Service Company
100 Shockoe Slip, Floor 2, Richmond, VA 23219

_____

                        Calvin H
                        _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Complaint was mailed, postage prepaid to

_____ at:

_____

this _____ day of _____, 20_____